

# NUMBER 13-18-00315-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE ZINA M. BURKETT

## On Petition for Writ of Mandamus.

## ORDER

### Before Justices Rodriguez, Contreras, and Hinojosa
### Order Per Curiam

Relator Zina M. Burkett filed a petition for writ of mandamus in the above cause seeking to compel the trial court to vacate certain portions of an enforcement order as void. The Court requests that the real party in interest, Jason A. Burkett, or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See* TEX. R. APP. P. 52.2, 52.4, 52.8.

PER CURIAM

Delivered and filed the
25th day of June, 2018.